AO 199A (Rev. 12/11- EDCA [Fresno Version 2])  Order Setting Conditions of Release- Misd.



# UNITED STATES DISTRICT COURT
### for the
## Eastern District of California

**FILED**

FEB 06 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,                    )
                **v.**                              )
                                      )         Case No.   1:22-PO-00248 SAB
TONY A. BROWN                                )

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3)   The defendant shall abstain from the use and possession of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4)   The defendant shall notify the Court and defendant's counsel of any change of address; and

(5)   The defendant must appear at:   United States District Court, 2500 Tulare Street, Fresno, CA 93721
_____
                                                                *Place*

on     3/22/2024 at 10:00 am in Crtrm 9, 6th Floor, before Magistrate Judge Stanley A. Boone
_____
                                                       *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me.  I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date:   2-6-24

                                         x _____
                                               *Defendant's signature*

Date:   2/6/24

                                          _____
                                             *Judicial Officer's Signature*

                                    STANLEY A. BOONE, UNITED STATES MAGISTRATE JUDGE
                                             *Printed name and title*

USM, Fresno, provided with copy on 2/6/2024 at 2:40 pm.